IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL MILCHIN,<br><br>*Defendant.* | CRIMINAL ACTION<br>NO. 17-284-1 |

## ORDER

**AND NOW**, on this 7th day of July, 2017, upon consideration of Defendant Milchin's motion for pretrial release, (ECF No. 98), the government's response in opposition, (ECF No. 117), and the evidence presented at the hearing, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.