IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MILCHIN | CRIMINAL ACTION<br>NO. 17-00284-1 |

# ORDER

**AND NOW**, this 7th day of January 2021, upon consideration of Michael Milchin's *pro se* Motion for Release (ECF No. 463) and associated exhibit (ECF No. 464) and the Government's Response (ECF No. 467), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.