IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. 17-00284-1 |
| MICHAEL MILCHIN | |

## ORDER

**AND NOW**, this 30th day of June 2021, upon consideration of Michael Milchin's Third Motion for Release (ECF 476), the Government's Response (ECF 482) and associated exhibit (ECF 483) and Milchin's Reply (ECF 486), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1