IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MILCHIN | CRIMINAL ACTION<br>NO. 17-00284-1 |

### ORDER

**AND NOW**, this 21st day of January 2022, upon consideration of Michael Milchin's Fourth Motion for Release (ECF 495), and the Government's Response (ECF 496), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

1