IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHAEL MILCHIN

CRIMINAL ACTION
NO. 17-284

**PAPPERT, J.**  July 21, 2022

## ORDER

**AND NOW**, this 21st day of July 2022, upon consideration of Michael Milchin's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 493) and the Government's Response (ECF 507), it is hereby **ORDERED**:

1. Milchin's § 2255 Petition is **DENIED.**

2. A certificate of appealability **SHALL NOT** issue. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.