TRULINCS 76060066 - MILCHIN, MICHAEL - Unit: FAI-E-A

---

FROM: 76060066
TO: Milchin, Maya
SUBJECT: draft please save
DATE: 07/03/2023 02:02:29 PM


UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES
VS.
MILCHIN,MICHAEL

CASE NO. 17-284

EMERGENCY MOTION FOR SENTENCE REDUCTION UNDER 3582

Mr.Milchin asks the court to grant a sentence reduction due to extraordinary and compelling reasons. Illness to a primary family member, rehabilitation, Covid-19 and the sentence commission amendments. 18 U.S.C. 3582 (C) (2) and 28 U.S.C. 994 4C1.1 (adjustment to certain zero-point offender) in subsection (D) of 1B1.10 (reduction in term of imprisonment as a result of amended guideline ranger (policy statement) as an amendment to be applied retroactively to previously sentence defendants.

On June 28th Mr.Milchins elderly mother was diagnosed with Colon cancer and will be starting chemo-therapy, radiation and will require surgery and full time care in the coming months. Releasing Mr.Milchin would allow him to help his mother and be her primary care giver which would include taking her to all the necessary treatment ,Dr.visits , cooking , cleaning and care for her daily needs. This would allow Mr.Milchin to help his family during this difficult and troubling time. Time is of the essence when dealing with such a disease and nobody knows how treatment will go or how much time anyone has left.

Another reason for granting this motion is Mr.Milchin record of rehabilitation, Milchin has fulfilled all his rehab needs that were recommended by the BOP and more. The most longest being the completion of 1000 hour teacher Aide Apprenticeship where for over 2 years milchin worked in education tutoring inmates to pass the GED exam. This certificate is presented by the united states department of labor. Milchins rehab is documented in the other courses as well:

-Camp Real-estate and Mortgage      -Interview camp skills   -Intermediate Spanish    - Camp electric
-V-teacher Aide        - Couch to 5k Running        -Second half of life       - Yoga        - Anatomy
-Healthy bodies          -My plate         - Beadery        -Basic GED         - Drug education
-Parenting           -Great start now        -AARP foundation finance          -K2 awareness
-Health aging body          -Anger management        -Brain health         -GPS for the soul (religious)

Russo v. United States case no.92-CR-351 no.90-CR-1063 (2022) 2nd District. Russo... Chief amongst them is his extraordinary rehabilitation.. Rehabilitation is indeed on for the goals of sentence and "evidence of post-sentence rehabilitation may plainly be relevant to 'the history and characteristics of the defendant". Thus like sentencing disparity, rehabilitation is a fact in combination with others for both assessing extraordinary and compelling circumstances and 3553 considerations.

Due to Milchins good conduct, work and program history he has been transferred to a camp the lowest security level in the BOP with no surrounding fence in Fairton NJ. Due to his programming and conduct he has been awarded by the BOP 365 F.S.A days credit which the BOP has changed his out date from 6-27-29 to 6-27-28, since the 1 year reduction Milchin has earned another 370 days to use toward home confinement or halfway house bringing his date to 6-27-27.Besides being at a minimum security facility the BOP also has a Recidivism risk assessment score of (LOW) for Milchin. Milchin has a criminal history score of 0 (ZERO) points and a violence score of 0 (NONE).U.S SENTENCING COMM.RECIDIVISM OF FEDERAL OFFENDERS RELEASED IN 2010 (2022) available at www.ussc.gov/research/research-reports/recidivism-federal-offenders-released-2010. Among other findings, the report concluded that "ZERO POINT" offenders were less likely to be rearrested than "ONE POINT" offenders (26.8% compared to 42.3%) the largest variation of any compassion of offenders with in the same criminal history category. All these factors show that Milchin a first time non-violent offender, at a camp, with a low recidivism score is no danger to society as the BOP has clearly showed by transferring Milchin to a camp with no fence where any inmate can walk off the prison at any moment in time with nothing stopping them.

In addition tot the health risks posed by the pandemic, the restrictions at Danbury FCI from March 2020 to September 2022 during the pandemic made Milchins incarceration much more punitive than originally contemplated at the time of sentencin.See

TRULINCS 76060066 - MILCHIN, MICHAEL - Unit: FAI-E-A

---

united states v. Rodriguez, 492F.supprd 306,311 (S.D.N.Y.2020) ("it might seem , however, that this first factor {of covid-19}... would diminish in importance once the pandemic was over. But this is not entirely so.for...aside from posing a threat to Rodriguez's health, {the pandemic} has made Rodriguez's incarceration harsher and more punitive than would other wise have been the case ") for example nearly 24 hour lockdowns have been repeatedly imposed for long stretches to prevent the spread of covid-19. in addition from 2020 to sept 2022 visitors were not permitted and when they were they only occurred through a glass partition and children were not allowed until mid 2022. These measures , while aimed at protecting inmates from illness, also have an indisputable punitive effect. While this factor may not independently constitute an extraordinary or compelling reason, it weighs towards a sentence reduction.

The most important reason for a reduction is the sentencing commission adjustment for certain zero-point offenders 4c1.1.
www.gordondefense.com/blog/sentencing-commission/sentencing-commission-priorities-2022-2023/
www.ussc.gov
chapter four criminal history and criminal livelihood
part C adjustment for certain zero-point offenders
4C1.1
(a) adjustment. If the defendant meets all of the following criteria:
(1)the defendant did not receive any criminal history points from chapter four part A
(2)the defendant did not receive an adjustment under 3A1.4(terrorism);
(3)the defendant did not use violence or credible threats of violence in connection with the offense;
(4)the offense did not result in death or serious bodily injury;
(5)the instant offense of conviction is not a sex offense;
(6)the defendant did not personally cause substantial financial hardship;
(7)the defendant di not possess,receive,purchase,transport,transfer,sell or otherwise dispose of a firearm or other dangerous weapon(or induce another participant to do so) in connection with the offense;
(8)the instant offense of conviction is not covered by 2H1.1 (offenses involving individual rights)
(9) the defendant did not receive an adjustment under 3A1.1(hate crime motivation or vulnerable victim) or 3A1.5 (serious human rights offense); and the defendant did not receive an adjustment under 3b1.1 (aggravating role ) AND was not engaged in a continuing criminals enterprise,as defined in 21 U.S.C. 848; decrease the offense level determined under chapters two and three by 2 LEVELS.
The amendments to the sentencing guidelines will become effective Nov 1 2023. Milchin meets all the criteria for a reduction from level 1 Category 33 135-168 months to category 31 108-135 months.

 Due to tall the factors together with mother having colon cancer, rehabilitation and conduct, the punitive effect of covid and the sentencing committee amendments Milchin seeks a reduction of 60 months to the bottom end of the guidelines and immediate release as he has less than 60 months remaining as of July 3,2023. This will allow Milchin to go directly home to be the primary caregiver to his mother during the hardest fight of her life. Milchin will reside full time with his parents in Oceanside NY and will obey any restriction this court may put on Milchin. Milchins only goal is to be reunited with his family and spend anytime his mother has left with her.

                                                     MICHAEL MILCHIN

                                                     _____  DATE 7-3-2023
                                                     fairton camp
                                                     76060-066
                                                     fairton nj 08320

# The United States Department of Labor
## Office of Apprenticeship
### Certificate of Completion of Apprenticeship

*This is to certify that*

**Michael Milchin**

*has completed an apprenticeship for the occupation*

**TEACHER AIDE I**

*under the sponsorship of*

**Federal Bureau of Prisons (BOP)**

**In Participation With  DANBURY FCI**

*in accordance with the basic standards of apprenticeship established by the Secretary of Labor*



*Administrator, Office of Apprenticeship*

Dr.B.Belica/
Apprenticeship coordinator

Date Completed : September 06, 2022

Digital ID : 2740387

# CERTIFICATE OF COMPLETION

AWARDED TO

## Michael Milchin
#76060-066

for completing the Anger Management class facilitated by Psychology Services at FCI Danbury

Dr. M. Bykowski
Staff Psychologist

12/30/2020
Date

# Certificate of Completion

By the grace of G-D

Proudly presented to

## Michael Milchin

For having successfully completed the

*"GPS For The Soul"*
*Correspondence Course*

Provided by

The Aleph Institute





Awarded on June 21, 2022

Rabbi Menachem M. Katz
Director of Prison Programs

Rabbi Aaron Lipskar
Executive Director

# Certificate of Achievement

Presented to

**MICHAEL MILCHIN**

For successfully completing the Drug Education Class at the Federal Correctional Institution, Danbury, Connecticut, on February 22nd, 2023.

**Drug Education**

R. Binford, DAPC

2/22/2023
Date

# F.C.I. FAIRTON

THIS CERTIFIES THAT

*Michael Milchin*

has successfully completed the requirements for:

**Introduction to Electricity**

Certificate of Completion

June, 2023

S. Greenshields
ACE Coordinator



**16**

Hours Completed

```
FAIBF   606.00 *        MALE CUSTODY CLASSIFICATION FORM        *        07-02-2023
PAGE 001 OF 001                                                          10:42:02
                              (A) IDENTIFYING DATA
REG NO..: 76060-066              FORM DATE: 01-04-2023              ORG: DAN
NAME....: MILCHIN, MICHAEL
                                          MGTV: NONE
PUB SFTY: NONE                            MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (1) LOW MOD
MOS REL.: 77                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---

BASE  CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +4   +15     0          +4         MINIMUM        N/A          OUT       SAME


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# FSA Time Credit Assessment
Register Number:76060-066, Last Name:MILCHIN

U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

```
Register Number....: 76060-066              Responsible Facility: FAI
Inmate Name                                 Assessment Date.....: 07-02-2023
  Last.............: MILCHIN                Period Start/Stop...: 12-21-2018 to 07-02-2023
  First............: MICHAEL                Accrued Pgm Days....: 1559
  Middle...........:                        Disallowed Pgm Days.: 95
  Suffix...........:                        FTC Towards RRC/HC..: 370
Gender.............: MALE                   FTC Towards Release.: 365
Start Incarceration: 05-22-2018             Apply FTC to Release: Yes
```

```
Start        Stop          Pgm Status    Pgm Days
12-21-2018   07-17-2019    accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
------------------------------------------------------------------------------
Start        Stop          Pgm Status    Pgm Days
07-17-2019   12-04-2019    accrue        140
  Accrued Pgm Days...: 140
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 75
------------------------------------------------------------------------------
Start        Stop          Pgm Status    Pgm Days
12-04-2019   02-04-2020    disallow      62
  Not in qualifying admit status
    Facility  Category    Assignment    Start            Stop
     FTD       ARS         TRANSFER      12-03-2019 1001  12-03-2019 1001
     B15       ARS         A-ADMIT       12-03-2019 1001  12-03-2019 1223
     B15       ARS         RELEASE       12-03-2019 1223  12-03-2019 1223
     BRO       ARS         A-BOP HLD     12-03-2019 1223  02-04-2020 0428
------------------------------------------------------------------------------
Start        Stop          Pgm Status    Pgm Days
02-04-2020   07-23-2020    accrue        170
  Accrued Pgm Days...: 170
  Carry Over Pgm Days: 18
  Time Credit Factor.: 15
  Time Credits.......: 90
------------------------------------------------------------------------------
Start        Stop          Pgm Status    Pgm Days
07-23-2020   08-25-2020    disallow      33
```

# FSA Time Credit Assessment
Register Number:76060-066, Last Name:MILCHIN

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　　　　　　**FEDERAL BUREAU OF PRISONS**

In SHU

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| DAN | QTR | Z03-313LDS | 07-23-2020 0904 | 08-09-2020 2230 |
| DAN | QTR | Z03-314LDS | 08-09-2020 2230 | 08-13-2020 1357 |
| DAN | QTR | Z03-304LDS | 08-13-2020 1357 | 08-24-2020 1334 |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-25-2020 | 07-02-2023 | accrue | 1041 |

Accrued Pgm Days...: 1041
Carry Over Pgm Days: 8
Time Credit Factor.: 15
Time Credits.......: 510

--- FSA Assessment ---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-LW | 04-28-2021 1325 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-LW | 11-30-2021 0857 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-LW | 05-27-2022 0935 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-LW | 11-25-2022 0931 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | ACTUAL | FSA R-LW | 04-23-2023 0754 | 15 |

Assessment Date: 07-02-2023　　　　　　　　　　　　　　Assessment# -2146573832

```
FAIBF   540*23  *          SENTENCE MONITORING              *    07-02-2023
PAGE 001         *          COMPUTATION DATA                 *    10:42:12
                            AS OF 07-02-2023


REGNO..: 76060-066 NAME: MILCHIN, MICHAEL


FBI NO............: 275369WC4           DATE OF BIRTH: 05-18-1980  AGE:  43
ARS1..............: FAI/A-DES
UNIT..............: 6 SCP               QUARTERS......: E01-017L
DETAINERS.........: NO                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-28-2027

FINAL STATUTORY RELEASE FOR INMATE.: 06-27-2029 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-27-2028 VIA FSA REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER....................: DPAE2:17CR000284-001
JUDGE............................: PAPPERT
DATE SENTENCED/PROBATION IMPOSED: 05-22-2018
DATE COMMITTED...................: 07-17-2018
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $2,200.00       $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $138,196.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  153     18:286,371 FRAUD, OTHER
OFF/CHG: 18:371 CONSPIRACY TO COMMIT HEALTH CARE FRAUD (CT-1).18:1347 &
         2 HEALTH CARE FRAUD (CT.2-6).21:846 CONSPIRACY TO DISTRIBUTE
         OXYCODONE (CT7).21:841(A)(1),(B)(1)(C) & 18:2 POSSESSION OF
         OXYCODONE WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF
         OXYCODONE (CT.21-35).

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
  TERM OF SUPERVISION.............:      3 YEARS




  G0002         MORE PAGES TO FOLLOW . . .
```

# FSA Needs Reassessment
Register Number:76060-066, Last Name:MILCHIN

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 76060-066<br>Inmate Name<br>  Last.........: MILCHIN<br>  First........: MICHAEL<br>  Middle.......:<br>  Suffix.......:<br>Gender.........: MALE | Responsible Facility: FAI<br>Assessment Date.....: 04/23/2023 |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After - | Assignment | - Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
|  | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
|  | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
|  | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
|  | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
|  | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
|  | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
|  | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
|  | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
|  | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
|  | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
|  | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
|  | After | N-WORK N | NEED - WORK NO |

```
FAIBF              *         INMATE EDUCATION DATA        *      07-02-2023
PAGE 001 OF 001 *                  TRANSCRIPT             *      10:42:51

REGISTER NO: 76060-066      NAME..: MILCHIN                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FAI-FAIRTON FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
FAI  ESL HAS   ENGLISH PROFICIENT             07-17-2018 1400 CURRENT
FAI  GED HAS   COMPLETED GED OR HS DIPLOMA    03-18-2019 1014 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL    DESCRIPTION               START DATE STOP DATE  EVNT AC LV  HRS
FAI SCP     CAMP REAL ESTATE AND MORTGAGE 06-30-2023 CURRENT
FAI SCP     INTERVIEW SKILLS-CAMP     06-30-2023 CURRENT
FAI SCP     CAMP INTERMEDIATE SPANISH 05-11-2023 06-30-2023  P   C  P    8
FAI SCP     CAMP ELECTRIC             05-11-2023 06-30-2023  P   C  P   16
DAN M       V-TEACHER AIDE DOL APSHIP 05-04-2021 09-06-2022  P   C  A 2839
DAN M       COUCH TO 5K RUNNING SELF STUDY 05-22-2022 07-23-2022 P C P  3
DAN M       SECOND HALF OF LIFE SS    02-20-2022 03-12-2022  P   C  P    6
DAN M       YOGA SS                   02-27-2022 03-12-2022  P   C  P    6
DAN M       ANATOMY SELF-STUDY        06-02-2021 06-15-2021  P   C  P    8
DAN M       HEALTHY BODIES SS         04-28-2021 05-18-2021  P   C  P    8
DAN M       MY PLATE                  06-28-2020 07-18-2020  P   C  P    6
FTD GP      BEADERY 1 - WEST          07-08-2019 09-15-2019  P   C  P   10
FTD GP      BASIC GED 0900 MOREL      03-04-2019 03-20-2019  P   W  I    0

---------------------------- HIGH TEST SCORES ------------------------------
TEST        SUBTEST         SCORE   TEST DATE    TEST FACL  FORM     STATE
TABE D      BATTERY         2.0     02-28-2019   FTD        10
            LANG MECH       1.1     02-28-2019   FTD        10
            LANGUAGE        1.8     02-28-2019   FTD        10
            MATH APPL       2.9     02-28-2019   FTD        10
            MATH COMP       2.5     02-28-2019   FTD        10
            READING         1.2     02-28-2019   FTD        10
            SPELLING        1.7     02-28-2019   FTD        10
            TOTAL MATH      2.6     02-28-2019   FTD        10
            VOCABULARY      0.7     02-28-2019   FTD        10




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 FAIBF    531.01  *            INMATE HISTORY            *      07-02-2023
 PAGE 001 OF 001  *               WASPB                  *      10:43:04


 REG NO..:  76060-066  NAME....:  MILCHIN, MICHAEL
 CATEGORY:  WSP       FUNCTION:  DIS       FORMAT:

 FCL   ASSIGNMENT   DESCRIPTION            START DATE/TIME  STOP  DATE/TIME
 DAN   PAR ONEC     PHASE ONE COMPLETE     02-01-2022 0958  06-09-2022 095{
 DAN   PAR ONEP     PHASE ONE PART         12-29-2021 0828  02-01-2022 095{
 DAN   GR STNW C    GR START NOW COMP      11-02-2021 1229  11-02-2021 1229
 DAN   GR STNW P    GR START NOW PART      07-29-2021 1451  11-02-2021 1229
 DAN   GR STNW W    GR START NOW WAIT      07-03-2021 0957  07-29-2021 145:




 G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
FAIBF  531.01 *              INMATE HISTORY          *    07-02-2023
PAGE 001 OF 001 *              PT OTHER              *    10:43:12

REG NO..: 76060-066 NAME....: MILCHIN, MICHAEL
CATEGORY: PTO         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
FAI    OCP EDU W  OCCUPATIONAL EDUC WAITLIST 08-04-2022 1024 CURRENT
DAN    AARP FND C AARP FOUNDATION FINANCE COMP 12-05-2022 1622 12-05-2022 1622
DAN    AARP FND P AARP FOUNDATION FINANCE PART 09-27-2022 1427 12-05-2022 1622
DAN    AARP FND W AARP FOUNDATION FINANCE WAIT 09-14-2022 0918 09-27-2022 1427
DAN    K2 AWARE C K2 AWARENESS COMP         05-25-2021 1626 05-25-2021 1626
DAN    K2 AWARE P K2 AWARENESS PART         05-05-2021 1402 05-25-2021 1626
DAN    AGE BDY C  HEALTHY AGING BODY COMP   05-02-2021 1000 05-06-2021 0940
DAN    AGE BDY P  HEALTHY AGING BODY PART   04-26-2021 0800 05-02-2021 1000
DAN    ANG M COMP ANGER MANAGEMENT CBT COMP 12-31-2020 1506 05-05-2021 1506
DAN    K2 AWARE W K2 AWARENESS WAIT         04-13-2021 1351 05-05-2021 1402
DAN    AGE BDY W  HEALTHY AGING BODY WAIT   04-26-2021 0800 04-26-2021 0800
DAN    TALK DOC C TALKING WITH YOUR DOCTOR COMP 01-02-2021 1200 01-02-2021 1218
DAN    TALK DOC P TALKING WITH YOUR DOCTOR PART 01-01-2021 0730 01-02-2021 1200
DAN    TALK DOC W TALKING WITH YOUR DOCTOR WAIT 12-31-2020 0725 01-01-2021 0730
DAN    ANG M COMP ANGER MANAGEMENT CBT COMP 12-30-2020 0831 12-31-2020 0831
DAN    ANG M PART ANGER MANAGEMENT CBT PART 09-24-2020 0835 12-30-2020 0831
DAN    BRN HLTH C BRAIN HEALTH AS YOU AGE COMP 11-30-2020 1930 12-01-2020 0935
DAN    BRN HLTH P BRAIN HEALTH AS YOU AGE PART 11-27-2020 1800 11-30-2020 1930
DAN    BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT 11-22-2020 1425 11-27-2020 1800




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:76060-066, Last Name:MILCHIN

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 76060-066 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (13) |
|   Last.........: MILCHIN |   Violent Level......: R-LW (9) |
|   First........: MICHAEL | Security Level Inmate: MINIMUM |
|   Middle.......: | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: FAI |
| Gender.........: MALE | Start Incarceration..: 05/22/2018 |

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 42 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 3 | 3 | 3 |
| Serious Incident Reports (120 Months) | 2 | 2 | 2 |
| Time Since Last Incident Report | 37 | 0 | 0 |
| Time Since Last Serious Incident Report | 37 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 1 | -3 | -1 |
| Work Programs | 1 | -1 | -1 |
| | Total | 13 | 9 |

## PATTERN Worksheet Details

Item: Programs Completed, Value: 1
General Score: -3, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 02/22/2023 08:54 | |

---

Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | APTCHRSAID | 05/04/2021 14:09 | 05/04/2021 14:09 |

Michael milchin
76060-066
fedeal correction institution - camp
Po Box 420
fairton NJ 08320

RECEIVED
JUL 10 2023

US court house
601 market st
Phila PA 19106

Att. clerk of courts

X-RAY