# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MILCHIN | CRIMINAL ACTION<br>NO. 17-00284-1 |

## ORDER

**AND NOW**, this 13th day of November 2023, upon consideration of Michael Milchin's Motion for Compassionate Release and Retroactive Application of Sentencing Guideline Section 4C1.1 (ECF 518) and supplemental filings (ECF 520; ECF 521; ECF 522), and the Government's Responses (ECF 519; ECF 524), it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.