**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

MICHAEL MILCHIN

CRIMINAL ACTION
NO. 17-00284-1

## ORDER

**AND NOW**, this 4th day of June 2024, upon consideration of Michael Milchin's

Motion for Compassionate Release (ECF No. 537), the Government's Response (ECF

No. 539), and Milchin's Supplemental Filing Requesting an Emergency Ruling (ECF

No. 540), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.