IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MILCHIN | CRIMINAL ACTION<br>NO. 17-284-1 |

Pappert, J.                                                                                          August 12, 2024

### MEMORANDUM

    This is Michael Milchin's eighth motion for compassionate release in a little more than four years. He has sought release and supplemented his requests for a number of reasons, though this motion and the two that preceded it (ECF 518 and 537) are based, at least in part, on his mother's purportedly terminal cancer diagnosis.  He has supplemented his most recent filing with memoranda at ECF 548 and 549. The Government recently responded. (ECF 554).

    The Court sympathizes sincerely with Mrs. Milchin's plight and the impact her illness has on the entire Milchin family, but the Court has little to add to its prior explanations for denying the motion. (See ECF 525 and 541).  Milchin asserts that his brother does not wish to care for his mother and that his father cannot do so, initially because he had hip replacement surgery and more recently because he has to work.  But as the Court previously explained multiple times, these circumstances do not present an extraordinary and compelling justification for release. The Court stands on, and incorporates herein, its prior explanations and memoranda.

    The Court also relies on and adopts the reasoning in the Government's Response and reiterates the Government's point (ECF 554, footnote 1) that Milchin may seek from the Bureau of Prisons a furlough to visit his mother or, in the worst case, attend her funeral services.  Finally, to the extent Milchin now argues that his sentence was disproportionate to that of his co-

defendants or that his case bears any relation to that of Adam Clausen, the Court rejects those arguments for the reasons stated by the Government on pages three and four of its Response.

An appropriate order follows.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.