**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MILCHIN | CRIMINAL ACTION<br>NO. 17-00284-1 |

## ORDER

**AND NOW**, this 12th day of August 2024, after reviewing Michael Milchin's "Motion for Emergency Compassionate Release" (ECF 545), his supplemental memoranda (ECF 548 and 549) and the Government's Response (ECF 554), the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.